# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| TROY TERRELL POPE, <br> AIS #00278311, <br><br> Petitioner, <br><br> vs. <br><br> JEFFERSON S. DUNN, <br> **Commissioner of the Alabama** <br> **Department of Corrections,** <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL ACTION NO. 16-0552-CG-N |

## ORDER

After due and proper consideration of the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated January 18, 2018, is adopted as the opinion of this Court.

**DONE and ORDERED** this 17th day of May, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE