# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| TROY TERRELL POPE, <br> AIS #00278311, | ) <br> ) <br> ) | |
| Petitioner, | ) <br> ) | |
| vs. | ) <br> ) | CIVIL ACTION NO. 16-0552-CG-N |
| JEFFERSON S. DUNN, <br> **Commissioner of the Alabama** <br> **Department of Corrections,** | ) <br> ) <br> ) <br> ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED with prejudice** as time-barred; therefore, **JUDGEMENT** is entered in favor of the Respondent and against the Petitioner. The Court further finds that the Petitioner is not entitled to either a Certificate of Appealability or to appeal in forma pauperis.

Petitioner's Motion for Court Order to Issue to Respondents to Comply with Court's Order (Doc. 12) is **DENIED** on the merits to the extent it seeks leave to conduct discovery on the issue of timeliness under Rule 6 o the Rules Government § 2254 Cases, and is otherwise **DENIED** as **MOOT**.

**DONE and ORDERED** this 17th day of May, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE